UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Georgette Miller
335 Evesham Avenue
Lawnside, NJ 08045

**Order Filed on October 24, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Audrey Norman

| | |
|---|---|
| Case No.: | 17-28144 |
| Hearing Date: | 10/25/2017 @ 10am |
| Judge: | JNP |
| Chapter: | 7 |

## ORDER CONVERTING CASE TO CHAPTER 13

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 24, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____voluntary conversion_____ and for good cause shown, it is

ORDERED that this case is converted from chapter ___7___ to chapter 13, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file amendments to previously filed schedules and statements as necessary, and it is further

❏   ORDERED that if the case is converting from chapter 7, and the fee under that chapter was waived by prior order of this court, the debtor must pay the chapter 13 filing fee in the amount of _____ in full or file an Application to Pay in Installments within 14 days of the date of this order or the case will be reconverted to chapter 7 without further notice, and it is further

ORDERED that the chapter 7 trustee shall:

❏   immediately turn over to the debtor all records and property of the estate in his/her custody or control,

❏   within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on the administration of the case as required by 11 U.S.C. § 704(a)(9),

❏   within 30 days of the date of this Order, file a Request For Payment of Administrative Expenses, if appropriate, it is further

2

ORDERED that:

☐ the case shall not be dismissed in the event the debtor is unsuccessful in confirming and completing a plan, but shall be reconverted,

☐ the conversion is conditioned upon payment by the debtor(s), through the Chapter 13 plan, of all allowed chapter 7 administrative expenses, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- a Chapter 13 Plan and Motions, and

- if this case was originally filed on or after October 17, 2005, a *Statement of Monthly Income and Calculation of Commitment Period and Disposable Income* as required by Fed. R. Bankr. P. 1007(b)(5), and it is further,

ORDERED that if the debtor fails to file the documents set forth above within 14 days of the date of this Order, the case shall be converted to chapter 7 by the Court without further notice. If you object to the reconversion of the case, you may submit a response in writing setting forth the reasons why reconversion would not be proper. Such response must be received by the court prior to the expiration of the 14 day submission period.

*rev.12/1/09*

3

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-28144-JNP
Audrey E Norman                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Oct 24, 2017
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2017.
db             +Audrey E Norman,    309 W Maiden Lane,    Somerdale, NJ 08083-1721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2017 at the address(es) listed below:
              Georgette Miller    on behalf of Debtor Audrey E Norman info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.best
               case.com;gregmont@gbmlaw.net
              Rebecca Ann Solarz    on behalf of Creditor    Embrace Home Loans, Inc. rsolarz@kmllawgroup.com
              Sherri J. Braunstein    on behalf of Creditor    STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEA
               TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES BANK NATIONAL ASSOCIATION, AS TRUSTEE, BY PHH
               MORTGAGE et.al. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
              Thomas J Subranni    trustee@subranni.com,
               szauber@subranni.com;ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solu
               tions.com;hinnaurato@subranni.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5