UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on December 1,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| In Re: <br> Audrey E Norman | Case No.: 17-28144 <br> Adv. No.: <br> Judge: JNP <br> Chapter: 13 |

# ORDER TRANSFERRING CASE(S)
# TO ANOTHER JUDGE WITHIN THE DISTRICT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 1, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒    ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable ___Andrew B. Altenburg, Jr.___ by the clerk:

_____        _____        _____        _____

_____        _____        _____        _____

_____        _____        _____        _____

and it is further

☐    ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable _____ by the clerk:

_____        _____        _____        _____

_____        _____        _____        _____

_____        _____        _____        _____

_____        _____        _____        _____

*Rev.6/1/06; jml*