UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on December 1, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

| | |
|---|---|
| In Re:<br>Audrey E Norman | Case No.: 17-28144 |
| | Adv. No.: |
| | Judge: JNP |
| | Chapter: 13 |

# ORDER TRANSFERRING CASE(S)
# TO ANOTHER JUDGE WITHIN THE DISTRICT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 1, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having noted that transfer to another judge within the District of New Jersey is appropriate, it is

☒   ORDERED that this case, and the related cases outlined below, shall be transferred to the Honorable __Andrew B. Altenburg, Jr.__ by the clerk:

_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____

and it is further

☐   ORDERED that all related adversary proceedings as set forth below shall be transferred to the Honorable _____ by the clerk:

_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____
_____    _____    _____    _____

*Rev.6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-28144-ABA
Audrey E Norman                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 1              Date Rcvd: Dec 01, 2017
                               Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db              +Audrey E Norman,    309 W Maiden Lane,    Somerdale, NJ 08083-1721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
          Georgette   Miller    on behalf of Debtor Audrey E Norman info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettemillerlaw.com;r50524@notify.best
           case.com;gregmont@gbmlaw.net
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEA
           TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES BANK NATIONAL ASSOCIATION, AS TRUSTEE, BY PHH
           MORTGAGE et.al. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Embrace Home Loans, Inc. rsolarz@kmllawgroup.com
          Sherri J. Braunstein    on behalf of Creditor    STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEA
           TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES BANK NATIONAL ASSOCIATION, AS TRUSTEE, BY PHH
           MORTGAGE et.al. nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
          Steven P. Kelly    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
           skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7