UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

798919
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC., BEA TRUST, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES BANK NATIONAL
ASSOCIATION, AS TRUSTEE, BY PHH MORTGAGE
CORPORATION AS SERVICER WITH DELEGATE
AUTHORITY UNDER THE TRANSACTION DOCUMENTS

Order Filed on June 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No:  17-28144 - ABA |
| --- | --- |
| AUDREY NORMAN, Individually and  as Executrix of the Estate of MARVIN E. NORMAN, Deceased | Hearing Date: June 19, 2018 |
| | Judge:  Andrew B. Altenburg, Jr |

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| Applicant: | STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEA TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES BANK NATIONAL ASSOCIATION, AS TRUSTEE, BY PHH MORTGAGE CORPORATION AS SERVICER WITH DELEGATE AUTHORITY UNDER THE TRANSACTION DOCUMENTS |
|---|---|
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | GEORGETTE MILLER, Esquire |
| Property Involved ("Collateral"): | 207 ELM AVENUE, WOODLYNNE, NJ 08107-2115 |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.    Status of post-petition arrearages:

☒ The Debtor is overdue for 4 months, from 2/01/2018 to 05/01/2018.

☒ The Debtor is overdue for 4 payments at $1,111.60 per month.

☐ The Debtor is assessed for _____ late charges at $_____ per month.

☒ Applicant acknowledges suspense funds in the amount of $885.05.

Total Arrearages Due $3,561.35.

2.    Debtor must cure all post-petition arrearages, as follows:

☐ Immediate payment shall be made in the amount of $_____.  Payment shall be made no later than _____.

☒ Beginning on 06/01/2018, regular monthly mortgage payments shall continue to be made.

☒ Beginning on 06/01/2018, additional monthly cure payments shall be made in the amount of $593.56 for 5 months.

☒ On 11/01/2018, additional monthly cure payments shall be made in the amount of $593.55.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.   Said amount shall be set up on Trustee's ledger as a separate Claim.  Debtor(s) shall file a Modified Plan within 10 days from the entry of this Order to account for the additional arrears to be paid to the secured creditor via Chapter 13 Plan and to adjust monthly payments to the Chapter 13 Trustee accordingly.

3.      Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment:

☒ Regular Monthly payment:

PHH Mortgage Corporation
1 Mortgage Way
MAIL STOP SBRP
Mt.Laurel, NJ 08054

☒ Monthly cure payment:

PHH Mortgage Corporation
1 Mortgage Way
MAIL STOP SBRP
Mt.Laurel, NJ 08054

4.      In the event of Default:

☒   Should the Debtors fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒   In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current.  Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒    This agreed order survives any loan modification agreed to and executed during the instant

bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than

thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification

shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an

Order granting relief from the Automatic Stay

5.    Award of Attorneys' Fees:

☐ The Applicant is awarded attorneys fees of $_____, and costs of $_____.

The fees and costs are payable:

☐ Through the Chapter 13 plan.  These fees/costs shall be set up as a separate claim to be paid by
the Standing Trustee and shall be paid as an administrative claim.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

6.    This Agreed Order survives any loan modification agreed to and executed during the instant bankruptcy.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-28144-ABA
Audrey E Norman                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Jun 26, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db              +Audrey E Norman,    309 W Maiden Lane,    Somerdale, NJ 08083-1721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
          Georgette  Miller    on behalf of Debtor Audrey E Norman info@georgettemillerlaw.com,
           jjustin@georgettemillerlaw.com;georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettem
           illerlaw.com;smithcr50524@notify.bestcase.com;karenl@georgettemillerlaw.com;cholmes@georgettemill
           erlaw.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Nicholas V. Rogers    on behalf of Creditor   PHH MORTGAGE CORPORATION AS SERVICER FOR STRUCTURED
           ASSET MORTGAGE INVESTMENTS II INC., BEA TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, ET.AL.
           nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor   STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEA
           TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES BANK NATIONAL ASSOCIATION, AS TRUSTEE, BY PHH
           MORTGAGE et.al. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor   Embrace Home Loans, Inc. rsolarz@kmllawgroup.com
          Sherri Jennifer Smith    on behalf of Creditor   STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.,
           BEA TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES BANK NATIONAL ASSOCIATION, AS TRUSTEE, BY
           PHH MORTGAGE et.al. nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
          Steven P. Kelly    on behalf of Creditor   RoundPoint Mortgage Servicing Corporation
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 8