# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−28144−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.
Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Audrey E Norman
  309 W Maiden Lane
  Somerdale, NJ 08083

Social Security No.:
  xxx−xx−6559

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/16/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 16, 2018
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 17-28144-ABA
Audrey E Norman                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Oct 16, 2018
                              Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.
```
db              +Audrey E Norman,    309 W Maiden Lane,    Somerdale, NJ 08083-1721
cr              +PHH MORTGAGE CORPORATION AS SERVICER FOR STRUCTURE,     Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +RoundPoint Mortgage Servicing Corporation,     Stern & Eisenberg,PC,    1040 N. Kings Highway,
                  Suite 407,    Cherry Hill, NJ 08034-1925
cr              +STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEA,     Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517078753       +Citicards Cbna,    Citicorp Credit Svc/Centralized,    Bankrupt,    Po Box 790040,
                  Saint Louis, MO 63179-0040
517053592        PHH mortgage services,    PO Box 5452,    Mount Laurel, NJ 08054-5452
517053591       +Phelan Hallinan & Diamond, P.C.,    400 Fellowship Road, Ste. 100,    Mount Laurel, NJ 08054-3437
517329875       +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd., Suite 200,
                  Charlotte, NC 28217-1930
517078749       +Roundpoint Mtg,    5032 Parkway Plaza Blvd.,    Charlotte, NC 28217-1918
517331828       +STRUCTURED ASSET MORTGAGE INVESTMENTS et.al.,     PHH MORTGAGE CORPORATION,
                  1 MORTGAGE WAY, MAILSTOP: SV01,    MT. LAUREL NJ 08054-4624
517078755        State of New Jersey,    Motor Vehicle Violations Surcharge,    Syste,    P.O. Box 4850,
                  Trenton, NJ 08650-4850
517078750        State of New Jersey,    Higher Education Student Assist,    4 Quakerbridge Plaza,    PO BOX 548,
                  Trenton, NJ 08625-0548
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2018 00:37:13      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2018 00:37:11      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517078751       +EDI: BANKAMER.COM Oct 17 2018 04:03:00      Bank of America,    Nc4-105-03-14,    Po Box 26012,
                  Greensboro, NC 27420-6012
517078752       +EDI: TSYS2.COM Oct 17 2018 04:03:00      Barclays Bank Delaware,    100 S West St,
                  Wilmington, DE 19801-5015
517250172        EDI: PRA.COM Oct 17 2018 04:03:00      Portfolio Recovery Associates, LLC,
                  c/o Rci Elite Rewards,    POB 41067,    Norfolk VA 23541
517078756        EDI: TDBANKNORTH.COM Oct 17 2018 04:03:00      TD Bank, NA,    Attn: Bankruptcy,    32 Chestnut St,
                  Lewiston, ME 04243
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEA,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517078754*       PHH Mortgage Services,    PO Box 5452,    Mount Laurel, NJ 08054-5452
517355016*      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Suite 200,
                  Charlotte, NC 28217-1930
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
```
              Georgette Miller    on behalf of Debtor Audrey E Norman info@georgettemillerlaw.com,
               jjustin@georgettemillerlaw.com;georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georget
               temillerlaw.com;smithcr50524@notify.bestcase.com;cholmes@georgettemillerlaw.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Oct 16, 2018
                               Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Nicholas V. Rogers    on behalf of Creditor    PHH MORTGAGE CORPORATION AS SERVICER FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEA TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, ET.AL. nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEA TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES BANK NATIONAL ASSOCIATION, AS TRUSTEE, BY PHH MORTGAGE et.al. nj.bkecf@fedphe.com
        Rebecca Ann Solarz    on behalf of Creditor    Embrace Home Loans, Inc. rsolarz@kmllawgroup.com
        Sherri Jennifer Smith    on behalf of Creditor    STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEA TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES BANK NATIONAL ASSOCIATION, AS TRUSTEE, BY PHH MORTGAGE CORPORATION ET.AL. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Sherri Jennifer Smith    on behalf of Creditor    STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEA TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES BANK NATIONAL ASSOCIATION, AS TRUSTEE, BY PHH MORTGAGE et.al. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Steven P. Kelly    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation skelly@sterneisenberg.com, bkecf@sterneisenberg.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                              TOTAL: 9